ACCEPTED
04-18-00103-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/21/2018 11:04 AM



LEWIS
BRISBOIS

LEWIS BRISBOIS BISGAARD & SMITH LLP

Sean M. Higgins
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Sean.Higgins@lewisbrisbois.com
Direct: 832.460.4630

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/21/2018 11:04:00 AM
KEITH E. HOTTLE
CLERK

File No. 34273.22

May 21, 2018

**VIA E-FILE**

Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

>        Re:    Court of Appeals No.: 04-18-00103-CV; Westwind Homes d/b/a Westwind
>        Development, G.P. – Laredo, LLC vs Fernando Ramirez and Minerva Ramirez in
>        the 4th Court of Appeals District, San Antonio

Dear Mr. Hottle:

Appellant Westwind Homes d/b/a Westwind Development, G.P. – Laredo, LLC writes to inform the Court that the parties have agreed to mediate this case before Louis P. Selig on June 13, 2018.   Mr. Selig's address is: The Caroline Center for Dispute Resolution, 5009 Caroline Street, Ste. 100, Houston, Texas 77004-5750.

>        Very truly yours,
>
>        */s/ Sean M Higgins*
>
>        Sean M. Higgins of
>        LEWIS BRISBOIS BISGAARD & SMITH LLP

SMH

---

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY

LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK

NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA

4824-2042-8134.1